AFFIDAVIT

CASE NO: 9:21-CV-82123-DMM

AFFIDAVIT OF: MAXIMO GOMEZ # M11644 Plaintiff

FILED BY _____ D.C.
FEB 23 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON _____ (DATE) FOR MAILING
_____ Staff Initial _____ I/M Initial

STATE OF FLORIDA
COUNTY OF LAKE CITY

I, MAXIMO GOMEZ # M11644, do hereby swear that the following statement is true and correct made on my own free will, and from my personal knowledge.

(1) On May. 13. 2019, Defendants Sergeant N. Jefferson, Officer F.O. Hopson and Officer M. Allen enticed deliberate indifference when they failed to protect Plaintiff Maximo Gomez from Inmate Steven Sullivan's physical assault.

(2) On May. 13. 2019, Plaintiff Maximo Gomez signed up for Rec (confinement Rec). An inmate is allowed to sign up for Rec after being in confinement for (30) days. (Southbay Correctional Facility Confinement Rec Yard Rules).

(3.) Inmate Steven Sullivan # V30609 and inmate James Francis also signed up for Rec on May. 13. 2019 at Southbay Correctional Facility.

(4) On May. 13. 2019, as Plaintiff Gomez was standing at his confinement door, cell # M4-209, waiting to be removed from the cell to be transported to the Rec yard

(5) Officer Allen and Officer Hopson started verbally harassing Plaintiff for grievances he filed against Officer C. Burgess for Sexual Battery.

(6.) Officer Hopson was part of an ongoing investigation by Inspector General Ericka Williams, for a sexual assault that took place in his presences on April. 13. 2019, by Officer C. Burgess. That he did noting to prevent.

(7) Defendants Hopson and Allen forced Plaintiff to submit to a strip search before leaving his confinement cell, M4-209, for Rec.

(8.) Plaintiff Gomez complied to the strip search and was removed from his confinement cell for Rec yard access by Officer F.O. Hopson and Officer M. Allen.

(9.) Once Plaintiff was removed from his confinement cell, # M4-209, at South Bay Correctional Facility on May. 13. 2019. By Officer F.O. Hopson and Officer M. Allen.

(10.) Plaintiff Noticed Officer Hopson AND Officer Allen "Skip" Inmate James Francis Confiment Cell For Rec Yard Access.

(11.) Plaintiff Then Noticed Officer Hopson AND Officer Allen go To inmate Steven Sullivan's # V30609, Cell, M4-204, AND Remove him From The Cell For Rec Yard Access on May. 13, 2019.

(12.) Once Plaintiff Gomez AND Inmate Sullivan Were Removed From Their Confiment Cells For Rec Yard Access.

(13.) Plaintiff Gomez Noticed Sergeant N. Jefferson enter quad (4) in Confimen Wing (M), AND state "I'm Not missing This Action For Noting in The World."

(14.) Plaintiff Gomez WAS UNAWare That he WAS About To be Attacked By Inmate Steven Sullivan.

(15.) Once inside The Rec yard in Wing (4) in (M-Dorm) Confiment Recreation Area.

(16.) Officer Hopson Removed Plaintiff Gomez's hAND Restraints.

(17.) Officer Allen Also Removeded The hand Restraints of inmate Steven Sullivan.

(18.) Officer Hopson Now shut The Confiment Recreation Area door.

(19.) Officer Hopson, Officer Allen, AND Sergeant Jefferson Just started standin At The Door While shut, With Evil smiles on Their faces, while WAtching Plaintiff Gomez AND Inmate Steven Sullivan.

(20.) Plaintiff Gomez started To enjoy his Rec yard Access AND started doing Push-ups, see Exhibit A, Attached To Complinnt, Review of Camera Footage of Wing (4) Recreation Area By Captain DAVID Hobbs, Log# 405-190672, Incident Report.

(21.) Plaintiff Gomez Now heard AND SAW Officer Hopson scream, "Now Attack Him!" To Inmate Steven Sullivan.

(22.) Inmate Steven Sullivan, # V30609 Now walked up AND kicked Plainti Gomez in The facial Area, while Plaintiff WAS doing Push-ups.

(23) Inmate Steven Sullivan started attacking Plaintiff Gomez with kicks and closed-fist punches to the face and body of Plaintiff.

(24) Plaintiff Gomez immediately noticed Officer Hopson, Officer Allen, and Sergeant Jefferson watching the assault "and not stoping it."

(25) Plaintiff Gomez started yelling at Officer Hopson, Officer Allen and Sergent Jefferson to stop inmate Sullivan, but to no avail.

(26) Officer Hopson, Officer Allen, and Sergeant Jefferson started to "cheer" "on" inmate Sullivan to beat and kill Plaintiff Gomez. Inmate continued his assault on Plaintiff.

(27) Defendants Acting Sergeant N. Jefferson, Officer Hopson and Officer Allen exercised deliberate indifference to Plaintiff health and safety by failing to immediately protect Plaintiff Gomez from Inmate Sullivans attack, that they witnessed and knew was occurring. Instead, the Defendants merely acknowledged to Plaintiff that they saw the attack, and despite "seeing" that Plaintiff Gomez had suffered and was suffering serious injuries, the Defendants failed to stop the attack immediately.

(28) As a result of the deliberate indifference exercised by the aforementioned Defendants, Plaintiff Gomez suffered serious harm at the hands of inmate Steven Sullivan. Plaintiff Gomez sustained multiple physical injuries, including deep cuts in his mouth and upon his face bruises upon his face and body, as well as migraine headaches and dizziness. Plaintiff Gomez also suffered extreme emotional distress from the incident.

(29.) It should be noted that Plaintiff Gomez was assaulted from 9:17 AM to 10:03 AM on May. 13. 2019, by Inmate Steven Sullivan under video evidence for (45) long minutes.

(30.) Sergeant N. Jefferson and Officer Allen will now tell Inmate Sullivan to stop, that Plaintiff had enough.

(31.) Sergeant N. Jefferson, Officer J. Warren, and Officer Allen will now respond to the incident, while Officer Hopson walked away laughing at Plaintiff Gomez and his injuries.

(32.) Captain David Hobbs will also respond to the incident.

(33.) Mr. David Hobbs began to take "Photos" of Plaintiff Gomez's injuries while being assessed by medical personnel.

(34.) Mr. David Hobbs started investigating the incident by asking Plaintiff Gomez what happened?

(35.) Plaintiff Gomez explained to Mr. David Hobbs that Officer Hopson, Sergeant Jefferson, and Officer Allen.

(36.) Allowed Plaintiff to be attacked in their presence for (45) minutes by inmate Sullivan

(37.) Captain David Hobbs will now inform Plaintiff Gomez that he needs to be rushed to outside hospital, Lakeland Park Hospital, due to Plaintiff's serious head injuries and contusions to facial area, ribs, and back, as well as, a swollen, bruised eye that hurt and was soft to the touch, and sore with red and purple colors.

(38.) Mr. David Hobbs also informed Plaintiff that he was going to report the incident to Inspector Ericka Williams.

(39.) Once returned from Lakeland Park Hospital in Palm Beach, Florida Emergency Room, "Inspector General" Ericka Williams felt that Plaintiff Gomez was unsafe at SouthBay Correctional Facility due to the pattern of events.

(40.) Inspector General Ericka Williams will now have Plaintiff emergency transferred to "Martin.C.I."

(41.) Plaintiff Gomez still suffers emotional distress in recalling the physical abuse that was allowed by Sergeant N. Jefferson, Officer Allen and Officer Hopson.

(42) Plaintiff Gomez is entitled of Relief Against Sergeant N. Jeffers, Officer Hopson And Officer Allen For Violation of The 8th Amendment of The United States Constitution As A Result of The Assault That Took Place in Their Presence on May.13.2019, And Their failure to intervene And Prevent The Assault by Inmate Steven Sullivan, failure To Take Steps much Less Any Reasonable one makes The Defendants Linble.

(43.) Plaintiff Gomez Also Suffer humiliation And mental Anguish, emotional Trauma And Panic Attacks.

## SWORN AFFIDAVIT

(44) I, Maximo Gomez swear That These Statements Are True And Correct, Affiant Further Sayeth Naught.

Date Feb.17.2022

/s/ _____ M11644

Maximo Gomez # M11644
Columbia. C.I (Annex)
216 Southeast Corrections Way
Lake City, Florida 32025

## *Certificate of Service*

I, Hereby Certify That A True And Correct Copy of The foregoing Was Placed into A prison officials hands For mailing via U.S. First class mail To United States District Court, Southern District of Florida, Miami Division Office of The Clerk, 400 North Miami Avenue, Miami, Florida 33128-771 Attorney At Law: Carlos A. Garcia 515 East Las Olas Blvd. Suite 1400 Ft. Lauderdale, FL, 33301 on This 17th Day of Feb 2022

/s/ _____ M11644
Maximo Gomez # M11644
Columbia Correction Institution (Annex)
216 Southeast Correction Way
Lakecity, FL, 32025

Tratino Gomez #M111644
Columbia Correction Institution (Annex)
216 SouthEast Correction Way
LakeCity, Florida 32025

MAILED FROM
COLUMBIA
CORRECTIONAL
INSTITUTION

FEB 23 2022
1:17 PM

RECEIVED
USMS
INSPECTED

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON _____ (DATE) FOR MAILING
_____ Staff Initial / _____ I/M Initial

LEGAL MAIL

33128-771699

To. United States District Court
Southern District Of Florida
Office of The Clerk: Room #8N09
400 North Miami Avenue
Miami, Florida 33128-7716

US POSTAGE
ZIP 32025
$ 000.73
02 4W
0000379442 FEB 17 2022