103860-7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

## CASE NO. 21-cv-82123-DMM

MAXIMO GOMEZ,

      Plaintiff,

vs.

SERGEANT N. JEFFERSON,
OFFICER F.O. HOPSON,
OFFICER M. ALLEN,
INDIVIDUALLY SUED,

      Defendants.

_____/

## DEFENDANTS, SERGEANT N. JEFFERSON, OFFICER F.O. HOPSON, AND OFFICER M. ALLEN'S, RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION

Defendants, Sergeant N. Jefferson, Officer F.O. Hopson, and Officer M. Allen ("Defendants"), by and through its undersigned counsel, and pursuant to the applicable Federal Rules of Civil Procedure, responds to Plaintiff's First Request for Production dated February 17, 2022 as follows:

1.     Florida Department of Corrections Office of the Inspector General Investigative materials related to the issues outlined in Plaintiff's Complaint, to include the full investigation file in re incident date May 13, 2019, involving Maximo Gomez #M11644, including (but not limited to):

      a.  Fixed wing video.

      b.  Medical and mental health records.

      c.  Interviews of involved persons and witnesses.

CASE NO. 21-cv-82123-DMM

    d.   Final report and recommendations.

**RESPONSE:  Upon reasonable investigation and search, Defendants are not in possession of Florida Department of Corrections Office of the Inspector General Investigative materials related to the issues outlined in Plaintiff's Complaint.**

Dated: 3/25/2022

                    Respectfully submitted,

                    */s/ Michael A. Weitzner*
                    Carlos A. Garcia, Esquire (FBN 99768)
                    CAGarcia@WickerSmith.com
                    Michael A. Weitzner, Esquire (FBN 1025786)
                    MWeitzner@WickerSmith.com
                    WICKER SMITH O'HARA MCCOY & FORD, P.A.
                    Attorneys for Sergeant N. Jefferson, Officer F.O.
                    Hopson, and Officer M. Allen
                    515 E. Las Olas Boulevard
                    SunTrust Center, Suite 1400
                    Ft. Lauderdale, FL 33301
                    Phone: (954) 847-4800
                    Fax: (954) 760-9353
                    ftlcrtpleadings@wickersmith.com

CASE NO. 21-cv-82123-DMM

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on March 25, 2022, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

_/s/ Michael A. Weitzner, Esq._
Carlos A. Garcia, Esquire
Michael A. Weitzner, Esquire