UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-82123-CV-MIDDLEBROOKS

MAXIMO GOMEZ,

    Petitioner,
v.

SGT. N. JEFFERSON, *et al.,*

    Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S
### MOTION FOR EXTENSION OF DISCOVERY DEADLINE

**THIS MATTER** is before on the Plaintiff Maximo Gomez's counseled "Motion FOR Extension of Discovery Deadline" ("Motion") filed on May 24, 2022. (DE 40). Defendants have not filed a response. Plaintiff's counsel explains they entered appearances in this case on May 12, 2022, and after reviewing the case, determined that additional discovery was required. (*Id.*). On May 20, 2022, Plaintiff served additional discovery requests on Defendants, along with a Rule 45 subpoena on the GEO Group, Inc. (*Id.*). Defendants' response to the discovery is due on or before June 19, 2022. (*Id.*). Because the responses to the discovery are beyond the May 31, 2022 discovery deadline set forth in the Court's Order Setting Trial and Pretrial Deadlines (DE 18), Plaintiff seeks an extension of the discovery deadline to June 20, 2022. (*Id.*). Plaintiff alleges the requested discovery is relevant to the claims raised in this civil rights action. (*Id.*). Accordingly, after review of the Plaintiff's Motion and the record, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Extension of Discovery Deadline (DE 40) is **GRANTED** solely to the extent that the time for completion of all discovery as set forth in the Court's Order Setting Trial Date and Pretrial Schedule (DE 18) is extended until

**JUNE 20, 2022.** The Parties are cautioned to actively pursue discovery as no further extensions of time will be entertained absent extraordinary circumstances.

**SIGNED** in Chambers in West Palm Beach, Florida, this 25th day of May, 2022.

Donald M. Middlebrooks
United States District Judge

cc:
Sabarish P. Neelakanta, Esq.
Attorney for Plaintiff
SPN Law, LLC
The Harvey Building
224 Datura Street, Suite 904
West Palm Beach, FL 33401
Email: sab@spnlawfirm.com

James Vernon Cook, Esq.
Attorney for Plaintiff
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Email: cookjv@nettally.com

Carlos A. Garcia, Esquire
Lead Counsel for Defendants
Wicker Smith O'Hara McCoy Ford, P.A.
515 E. Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL 33301
Email: CGarcia1@wickersmith.com

Michael Andrew Weitzner, Esquire
Attorney for Defendants
Katzman Chandler
6535 Nova Drive, Suite 109
Davie, FL 33317
Email: mweitzner@wickersmith.com